UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES MARTINEZ,

                Plaintiff,

-against-

TRANS-PORTE, INC., TRANS-PORTE, INC. d/b/a US FOODS, INC., and JUAN YUBI BUNAY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/16/2023

23 Civ. 8977 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

        On October 12, 2023, Defendants Trans-Porte, Inc., US Foods, Inc. i/s/h/a Trans-Porte, Inc. d/b/a US Foods, Inc., and Juan Yubi Bunay, filed a notice of removal from the Supreme Court of New York, Bronx County. ECF No. 1.

        Accordingly, by **November 13, 2023**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal. Defendants shall serve this order on Plaintiff and file proof of service on the docket by **October 27, 2023**.

        SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge