UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES MARTINEZ,

                Plaintiff,

-against-

TRANS-PORTE, INC., TRANS-PORTE, INC. d/b/a US FOODS, INC., and JUAN YUBI BUNAY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/14/2023

23 Civ. 8977 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

        On October 12, 2023, Defendants Trans-Porte, Inc., US Foods, Inc. i/s/h/a Trans-Porte, Inc. d/b/a US Foods, Inc., and Juan Yubi Bunay, filed a notice of removal from the Supreme Court of New York, Bronx County.  ECF No. 1.  On October 16, 2023, the Court directed Plaintiff to appear in this action and advise the Court whether he intends to contest removal by November 13, 2023.  ECF No. 5.  Plaintiff has failed to do so.

        Accordingly, by **November 28, 2023**, Plaintiff shall appear in this action and advise the Court whether he intends to contest removal.  Defendants shall serve this order on Plaintiff, in addition to Plaintiff's counsel, and file proof of service on the docket by **November 21, 2023**.

        SO ORDERED.

Dated: November 14, 2023
       New York, New York

ANALISA TORRES
United States District Judge