UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES MARTINEZ,

                Plaintiff,

-against-

TRANS-PORTE, INC., TRANS-PORTE, INC. d/b/a US FOODS, INC., and JUAN YUBI BUNAY,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/16/2024_

23 Civ. 8977 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 17, 2023, the parties were directed to file a joint letter and proposed case management plan by January 15, 2024. ECF No. 12. On January 12, 2024, the Court received the parties' proposed case management plan, ECF No. 18, and a letter from Defendants concerning diversity of citizenship, ECF No. 17. The Court, however, did not receive a joint letter as described in ECF No. 12 ¶ 4. The Court cannot evaluate the parties' proposed case management plan without the joint letter.

    Accordingly, by **January 23, 2024**, the parties shall resubmit their proposed case management plan with a joint letter "addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions, and (3) the prospect for settlement." *Id.*

    SO ORDERED.

Dated: January 16, 2024
       New York, New York

ANALISA TORRES
United States District Judge